# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR174** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JACOB DENG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the Court are the Findings and Recommendation and Order ("Report") of Magistrate Judge F. A. Gossett (Filing No. 26). The Report recommends that the Defendant's Motion to Suppress (Filing No. 19) be granted. No objections to the Report have been filed. After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation and Order (Filing 26) is adopted; and

2. The Defendant's Motion to Suppress (Filing No. 19) is granted.

DATED this 10th day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge