# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:14CR174 |
| Plaintiff, | |
| vs. | ORDER |
| JACOB W. DENG, | |
| Defendant. | |

This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 81). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss Forfeiture Allegation (Filing No. 81) is granted; and

2. The Forfeiture Allegation of the Indictment is hereby dismissed.

Dated this 6th day of July, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge