### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR174** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| **JACOB W. DENG,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 86), filed under Federal Rule of Appellate Procedure 24(a). The Defendant, who was represented by retained counsel in this Court, has filed a Notice of Appeal. (Filing No. 83.) An affidavit regarding the Defendant's financial status was previously filed (Filing No. 84).

IT IS ORDERED that the Defendant's Motion for Leave to Proceed in Forma Pauperis (Filing No. 86) is granted.

DATED this 14th day of July, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge