## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR174** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **JACOB W. DENG,** | ) | |
| Defendant. | ) | |

For the reasons stated in the Court's Memorandum and Order of this date, IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF No. 113;

2. The Court summarily dismisses the Defendant's § 2255 Motion;

3 The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 3rd day of May, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge