# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR174 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JACOB W. DENG, | ) | |
| Defendant. | ) | |

The matter before the Court is the Defendant's Motion to Alter, Amend, or Vacate the §2255 Judgment Pursuant to Fed. R. Civ. P. 59(e), ECF No. 119.

IT IS ORDERED:

1. The Defendant's Motion to Alter, Amend, or Vacate the §2255 Judgment Pursuant to Fed. R. Civ. P. 59(e), ECF No. 119, is denied; and

4. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 15th day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge