IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR174 |
| v. | ORDER |
| JACOB W. DENG, | |
| Defendant. | |

This matter is before the Court on defendant Jacob W. Deng's ("Deng") pro se Motion for Reconsideration (Filing No. 159). Deng asks the Court to reconsider its conclusion that his "claims do not relate back to his first Section 2255 motion." Deng maintains they do.

Having carefully reviewed Deng's motion and the record in this case, the Court finds no compelling reason to change its conclusion. Deng's Motion for Reconsideration (Filing No. 159) is therefore denied.

IT IS SO ORDERED.

Dated this 17th day of May 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge